Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND Q, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TIE GROUP NECKWEAR, *et al*. <br><br> Defendants. | Case No.: 2:22-cv-04850-JVS-E <br> <u>Hon. James V. Selna Presiding</u> <br><br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff Brand Q, Inc. hereby dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

                                                            Respectfully submitted,

Dated: October 19, 2022        By:   /s/ *Stephen M. Doniger*
                                                          Stephen M. Doniger, Esq.
                                                          Kelsey M. Schultz, Esq.
                                                          DONIGER / BURROUGHS
                                                          Attorneys for Plaintiff